SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
AARON J. MALO, Cal. Bar No. 179985
ANASTASIA K. BILLY, Cal Bar No. 210416
HONIEH O.H. UDENKA, Cal Bar No. 319103
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:    714.513.5100
Facsimile:    714.513.5130
Email:    amalo@sheppardmullin.com
          abilly@sheppardmullin.com
          hudenka@sheppardmullin.com

Attorneys for Chapter 7 Trustee
JOHN J. MENCHACA

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>ASHOT GEVORK EGIAZARIAN, an individual,<br><br>          Debtor.<br><br>NATALIA TSAGOLOVA,<br><br>          Petitioner,<br><br>   v.<br><br>ASHOT EGIAZARYIAN,<br><br>          Respondent<br><br>AND RELATED PROCEEDINGS. | Case No. 2:25-bk-13838 BB<br><br>Adv. Case No. 2:25-ap-01334-BB<br><br>Chapter 7<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 650 Town Center Drive, 10th Floor, Costa Mesa, CA 92626-1993.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF REMOVAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 6, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@raineslaw.com; bclark@raineslaw.com; csantiago@raineslaw.com
- **Cynthia M Cohen**    ccohen@brownwhitelaw.com
- **Steven R Fox**    emails@foxlaw.com
- **David B Golubchik**    dbg@lnbyg.com; dbg@lnbyg.com
- **Christopher J Harney**    charney@tocounsel.com; mmason@tocounsel.com
- **Rodger M. Landau**    rlandau@landaufirm.com; vrichmond@landaufirm.com; amendes@landaufirm.com; hrichmond@landaufirm.com
- **Aaron J Malo**    amalo@sheppardmullin.com; abilly@sheppardmullin.com; mlinker@sheppardmullin.com
- **John J Menchaca (TR)**    jmenchaca@menchacacpa.com; igaeta@menchacacpa.com; ecf.alert+Menchaca@titlexi.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com; bclark@raineslaw.com; jfisher@raineslaw.com
- **Allan L. Schare**    aschare@tocounsel.com
- **Jeffrey L Sumpter**    jsumpter1@cox.net
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On **August 6, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Gregory W. Jessner, Esq.
Adam N. King, Esq.
PHILLIPS JESSNER LLP
350 South Grand Avenue, Suite 3550
Los Angeles, CA 90071

Allan L. Schare, Esq.
Samuel G. Fogas, Esq.
THEODORA ORINGHER, PC
1840 Century Park East, Suite 500
Los Angeles, CA 90067

Ron Rale, Esq.
LAW OFFICE OF RON RALE
2535 Townsgate Road, Suite 320
Westlake Village, CA 91361

Steven R. Welk, Esq.
DENTONS US LLP
4675 MacArthur Court, Suite 1250
Newport Beach, California 92660

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

Rozanna M. Velen, Esq.
Nydia Loya, Esq.
LAW OFFICE OF KOROL AND VELEN
15760 Ventura Blvd., Suite 1160
Encino, CA 91436

Jeffrey W. Erdman
Eric P. Weiss
Gregory J. Agron,
SCALI RASMUSSEN, PC
300 South Grand Ave., Suite 2750
Los Angeles, CA 90071

Artem Egiazarian
1605 Pentecost Way, Unit 1
San Diego, CA 92105

Steven R. Fox
The Fox Law Corporation
17835 Ventura Blvd., Suite 306
Encino, CA 91316

Nicholas O. Kennedy
BAKER & McKENZIE LLP
1900 North Pearl Street, Suite 1500
Dallas, TX 75201

Evgeniy Nikolaevich Ratnikov
Ulitsa Druzhby 9, apt. 200,
Town of Lyubertsy,
Moscow Region, 140013 Russia

U.S. Trustee
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 7, 2025 | Casey Suda | /s/ Casey Suda |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE